U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Aug 19 - 2025
John M. Domurad, Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO THE OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | Case No.: 1:25-mc-19 (AJB/DJS)<br><br>**NOTICE OF MOTION TO QUASH GRAND JURY SUBPOENAS** |

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law in Support of the Office of the New York State Attorney General's Motion To Quash Grand Jury Subpoenas; the accompanying declaration of Roxanne E. Wilde and all exhibits thereto; the accompanying declaration of Andrew Amer; the accompanying declaration of Emily Stern; the accompanying declaration of Hailyn J. Chen and all exhibits thereto; the accompanying declaration of Noelle Smith and all exhibits thereto; all the pleadings and papers on file; and any argument the Court may consider, the undersigned, on behalf of the Office of the New York State Attorney General ("OAG"), hereby moves this Court for an order pursuant to Rule 17(c)(2) of the Federal Rules of Criminal Procedure quashing two grand jury subpoenas issued to OAG on August 5, 2025, requesting the production of materials related to *People of the State of New York v. Donald J. Trump, et al.*, Index No. 452564/2022, and to *People of the State of New York v. The National Rifle Association of America, et al.*, Index No. 451625/2020, and for such further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, given the exceptional importance of the issues presented in this Motion and the extraordinary threat to the interests of the State of New York that these subpoenas present, OAG respectfully requests oral argument pursuant to Local Rule 12.1(a) of the Local Rules of Criminal Procedure for the Northern District of New York.

DATED: August 19, 2025                OFFICE OF THE NEW YORK STATE
                                      ATTORNEY GENERAL


By: _____
    Kumiki Gibson*
    (New York Bar #2261063)
    Michael Jaffe*
    (New York Bar #5357330)
    28 Liberty Street
    New York, New York 10005
    Telephone: (212) 416-8965
    E-mail: kumiki.gibson@ag.ny.gov
    E-mail: michael.jaffe@ag.ny.gov


DATED: August 19, 2025                MUNGER, TOLLES & OLSON LLP


By: _____
    Hailyn J. Chen*
    Brad D. Brian*
    E. Martin Estrada*
    Victoria A. Degtyareva*
    350 South Grand Avenue, 50th Floor
    Los Angeles, CA 90071-3426
    Telephone:   (213) 683-9100
    Facsimile:   (213) 687-3702
    E-mail: hailyn.chen@mto.com
    E-mail: brad.brian@mto.com
    E-mail: martin.estrada@mto.com
    E-mail: victoria.degtyareva@mto.com

    Donald B. Verrilli, Jr.**
    (New York Bar #2147825)
    601 Massachusetts Avenue NW, Suite 500 E
    Washington, D.C. 20001
    Telephone:   (202) 220-1100
    Facsimile:   (202) 220-2300
    E-mail: donald.verrilli@mto.com

    *Pro Hac Vice Pending
    **Reciprocal Admission Pending

DATED: August 19, 2025                    CAPEZZA HILL, LLP

By: _____
Benjamin W. Hill (Bar Roll #514953)
30 South Pearl Street, Suite P-110
Albany, New York 12207
Telephone:   (518) 478-6065
Facsimile:   (518) 407-5661
E-mail:  ben@capezzahill.com

*Attorneys for the Office of the New York State Attorney General*

TO:   Clerk, U.S. District Court
      Northern District of New York
      James T. Foley Courthouse
      Suite 509
      445 Broadway
      Albany, New York 12207

      United States Attorney
      Northern District of New York
      445 Broadway, Room 218
      Albany, New York 12207