# EXHIBIT 5

FILED: APPELLATE DIVISION - 1ST DEPT 03/25/2024 11:06 AM   2024-01134
NYSCEF DOC. NO. 21                                         RECEIVED NYSCEF: 03/25/2024

# Supreme Court of the State of New York
# Appellate Division, First Judicial Department

PRESENT: Hon. Dianne T. Renwick,                Presiding Justice,
           Anil C. Singh
           Lizbeth González
           Bahaati E. Pitt-Burke
           Kelly O'Neill Levy,                  Justices.

| People of the State of New York, by Letitia James, Attorney General of the State of New York, | Motion No. 2024-01025 |
| Plaintiff, | Index No.  452564/22 |
| | Case Nos.  2024-01134 |
| | 2024-01135 |

-against-

Donald J. Trump, Donald Trump, Jr., Eric Trump, Allen Weisselberg, Jeffrey McConney, The Donald J. Trump Revocable Trust, The Trump Organization, Inc., The Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member, Trump Endeavor 12 LLC, 401 North Wabash Venture LLC, Trump Old Post Office LLC, 40 Wall Street LLC and Seven Springs LLC,
           Defendants-Appellants,

Ivanka Trump,
           Defendant.

Appeals having been taken to this Court from an order of the Supreme Court, New York County, entered on or about February 16, 2024 (Case No. 2024-01134), and from a judgment of the same Court and Justice entered on or about February 23, 2024 (Case No. 2024-1135),

And defendants-appellants having moved, pursuant to CPLR 5519 (c), to stay enforcement of the aforesaid order and ensuing judgment, pending hearing and determination of the appeals taken therefrom,

Now, upon reading and filing the papers with respect to the motion, and due deliberation having been had thereon,

Case Nos. 2024-01134  -2-  Motion No. 2024-01025
        2024-01135

It is ordered that the motion is granted to the extent of staying enforcement of those portions of the Judgment (1) ordering disgorgement to the Attorney General of $464,576,230.62, conditioned on defendants-appellants posting, within ten (10) days of the date of this order, an undertaking in the amount of $175 million dollars; (2) permanently barring defendants Weisselberg and McConney from serving in the financial control function of any New York corporation or similar business entity; (3) barring defendants Donald J. Trump, Weisselberg and McConney from serving as an officer or director of any New York corporation for three years; (4) barring defendant Donald J. Trump and the corporate defendants from applying for loans from New York financial institutions for three years; and (5) barring defendants Donald Trump, Jr. and Eric Trump from serving as an officer or director of any New York corporation in New York for two years. The aforesaid stay is conditioned on defendants-appellants perfecting the appeals for the September 2024 Term of this Court. The motion is otherwise denied, including to the extent it seeks a stay of enforcement of portions of the judgment (1) extending and enhancing the role of the Monitor and (2) directing the installation of an Independent Director of Compliance.

ENTERED: March 25, 2024

*[signature]*

Susanna Molina Rojas
Clerk of the Court