# EXHIBIT 28

8/16/25, 12:29 AM

Case 1:25-mc-00019-LGS   Document 1-34   Filed 08/19/25   Page 2 of 2

United States Attorney for the Northern District of New York | Northern District of New York | United States District Court

# United States Attorney for the Northern District of New York

*Monday, July 14, 2025*

The Board of Judges of the United States District Court for the Northern District of New York declines to exercise the authority granted pursuant to 28 U.S. Code § 546(d) to appoint a United States attorney for the Northern District of New York.

## Archive

- 2020-01 (1)
- 2020-03 (1)
- 2020-06 (1)
- 2020-08 (1)
- 2020-10 (1)
- 2020-11 (1)
- 2020-12 (1)
- 2021-01 (1)
- 2021-03 (2)
- 2021-07 (1)

1   2   3   4   next ›   last »

