UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN RE GRAND JURY SUBPOENAS TO
THE OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL

Case No.: _____

# DECLARATION OF NOELLE SMITH IN SUPPORT OF THE OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL'S MOTION TO QUASH GRAND JURY SUBPOENAS

# DECLARATION OF NOELLE SMITH

I, Noelle Smith, declare as follows:

1. I am over the age of 18 and competent to make this declaration. The facts stated in this declaration are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to them.

2. I am a Matter Support Analyst at the law firm of Munger, Tolles & Olson LLP. In my role as a Matter Support Analyst, I am responsible for, among other things, understanding and using available software tools to create records of webpages and other information and data available on the Internet.

3. Page Vault is a web capture software that captures webpages, video content, and social media posts exactly as they appear in a browser, along with key metadata in a footer on every page of output. I received training from Page Vault about how to use its software.

4. I used Page Vault to capture Exhibits 1 through 20 attached to this declaration. Each Page Vault capture is a true and correct depiction of the content as it appeared at the time that I captured it. Each exhibit includes a Page Vault cover sheet that shows the date and time I captured the content.

5. Attached hereto as **Exhibit 1** is an April 29, 2019, Twitter post by @realDonaldTrump.

6. Attached hereto as **Exhibit 2** is an August 25, 2020, Twitter post by @PamBondi. The Twitter post contains an embedded video, which is attached hereto as **Exhibit 2B**. Attached hereto as **Exhibit 2A** is a page generated by Page Vault documenting metadata for the video excerpt.

7. Attached hereto as **Exhibit 3** is an October 3, 2022, Truth Social post from @realDonaldTrump reposting an article from *The American Spectator*.

1

8. Attached hereto as **Exhibit 4** is a February 16, 2023, Truth Social post from @realDonaldTrump.

9. Attached hereto as **Exhibit 5** is an October 2, 2023, Truth Social post from @realDonaldTrump.

10. Attached hereto as **Exhibit 6** is an October 4, 2023, Truth Social post from @realDonaldTrump.

11. Attached hereto as **Exhibit 7** is an October 24, 2023, Truth Social post from @realDonaldTrump.

12. Attached hereto as **Exhibit 8** is an October 26, 2023, Truth Social post from @realDonaldTrump.

13. Attached hereto as **Exhibit 9** is a November 18, 2023, Truth Social post from @realDonaldTrump.

14. Attached hereto as **Exhibit 10** is a November 29, 2023, Truth Social post and reposts from @realDonaldTrump.

15. Attached hereto as **Exhibit 11**, is a December 5, 2023, Truth Social post from @realDonaldTrump.

16. Attached hereto as **Exhibit 12** is a January 5, 2024, Truth Social post from @realDonaldTrump.

17. Attached hereto as **Exhibit 13** is an excerpt from a video posted on the website Rev, which shows footage of Donald Trump's election campaign rally in Sioux Center, Iowa on January 5, 2024. The video can be found at: https://www.rev.com/transcripts/donald-trump-election-campaign-rally-in-sioux-center-iowa-transcript (last visited August 18, 2025). Attached

hereto as **Exhibit 13A** is a page generated by Page Vault documenting metadata for the video excerpt.

18. Attached hereto as **Exhibit 14** is a January 9, 2024, Truth Social post from @realDonaldTrump.

19. Attached hereto as **Exhibit 15** is a January 12, 2024, Truth Social post from @realDonaldTrump.

20. Attached hereto as **Exhibit 16** is a February 17, 2024, Truth Social post from @realDonaldTrump.

21. Attached hereto as **Exhibit 17** is a March 22, 2024, Truth Social post from @realDonaldTrump.

22. Attached hereto as **Exhibit 18** is an April 14, 2025, Truth Social post from @realDonaldTrump.

23. Attached hereto as **Exhibit 19** is an April 19, 2025, C-SPAN video titled "Stephen Miller Speaks to Reporters at White House Driveway." The video can be found at: https://archive.org/details/CSPAN_20250419_062500_Stephen_Miller_Speaks_to_Reporters_at_White_House_Driveway/start/300/end/360 (last visited August 18, 2025). Attached hereto as **Exhibit 19A** is a page generated by Page Vault documenting metadata for the video excerpt.

24. Attached hereto as **Exhibit 20** is an August 8, 2025, Fox News video titled "DOJ opens grand jury investigation into Letitia James tied to Trump civil case." The video can be found at: https://www.foxnews.com/politics/doj-opens-grand-jury-investigation-letitia-james-tied-trump-civil-case (last visited August 18, 2025). Attached hereto as **Exhibit 20A** is a page generated by Page Vault documenting metadata for the video excerpt.

25. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 18th day of August, 2025, at Los Angeles, California.

_Noelle Smith_
Noelle Smith