# EXHIBIT 5



| Document title: | Truth Details \| Truth Social |
| --- | --- |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/111163618492364726 |
| Page loaded at (UTC): | Fri, 15 Aug 2025 16:34:26 GMT |
| Capture timestamp (UTC): | Fri, 15 Aug 2025 16:35:05 GMT |
| Capture tool: | 10.59.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/138.0.7204.97 Safari/537.36 |
| Operating system: | Linux (Node 22.17.0) |
| PDF length: | 2 |
| Capture ID: | 1frvTeG6ELpNcJR4i4udbn |
| Display Name: | noelle.smith |

PDF REFERENCE #:     bMUhUYHi753txDmo5vewyd

Search

- Home
- Discover
- Alerts
- Truth Search AI
- Truth+
- Messages
- Groups
- Feeds
- Bookmarks
- Profile
- Settings

Compose

ns224
@ns224

---

**Truth Details**
2202 replies

Trending

**Donald J. Trump**
@realDonaldTrump

Judge Engoron's Valuation of Mar-a-Lago, the most spectacular property in Palm Beach, Florida, IS FRAUDULENT! He states a value of 18 Million Dollars, knowing full well that it is worth, perhaps, 50 to 100 times that amount. Engoron is working diligently to misrepresent me, and my net worth, which is substantially MORE than is shown on my fully "disclaimed" Financial Statements. I have not even included my most valuable asset - BRAND! He should resign from the "Bench" and be sanctioned by the Courts for his abuse of power, and his intentional and criminal interference with the Presidential Election of 2024, of which I am leading all candidates, both Republican & Democrat, by significant margins. Likewise, Letitia James should resign for purposeful and criminal Election Interference. She is fully aware that Mar-a-Lago, and other assets, are worth much more than what she is claiming. Both of these Democrat Operatives are a disgrace to New York, and to the United States of America!

7k ReTruths  24.7k Likes                    Oct 02, 2023, 4:50 AM

🇺🇸 OK☾ANA TRUMP 🇺🇸
@OksanaTrump · Oct 2, 2023

Replying to @realDonaldTrump



---

**Get Truth+**
Access the full experience with even more live and on-demand content.

Subscribe

**Live**  Show More

The European debrief
Euronews

Dream Cruises
AWE

One America News
One America News Network

**Topics**  Show More

#SocialSecurity
Recent Truths: 175

#ICE
Recent Truths: 567

#FAFO
Recent Truths: 749

**Profiles To Follow**  Show More

Florida Man®
@FloridaMan

Steve Inman
@steveinman

Karli Bonne' 🇺🇸
@KarliBonne

Messages

---