

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE SECOND CIRCUIT

*For the Purpose of Determining Motions Filed on August 19, 2025, in a Specific Matter*

Pursuant to 28 U.S.C. § 294(c), having determined that it is in the public interest, I hereby designate and assign the Honorable Lorna G. Schofield, a Senior Judge of the United States District Court for the Southern District of New York, to perform judicial duties in the United States District Court for the Northern District of New York in connection with a motion to quash and a motion to unseal, both filed on August 19, 2025, in *In re: Grand Jury Proceedings,* No. 25-mc-00019. This designation is for such period as is necessary for the disposition of these motions and necessarily related matters. The designation is subject to extension as may further serve the public interest.

This order supersedes my August 25, 2025, order designating the Honorable Sidney H. Stein to perform these duties. Both orders shall remain under seal without prejudice to any further determination by Judge Schofield in this matter.

Dated: September 4, 2025

Debra Ann Livingston
Chief Circuit Judge
Second Circuit Court of Appeals

CERTIFIED COPY
Catherine O'Hagan Wolfe, Clerk

cc: Hon. Brenda K. Sannes, Chief U.S.D.J., Northern District of New York
    Hon. Laura Taylor Swain, Chief U.S.D.J. Southern District of New York

by _____ CLERK

September 4, 2025