

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

September 3, 2025

**FILED UNDER SEAL**

Hon. Sidney H. Stein
Senior United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: IN RE GRAND JURY SUBPOENAS TO THE OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL v. UNITED STATES (25-mc-00019 (SHS))

Dear Judge Stein,

The government respectfully requests a 60-day extension of time to file its responses to the Office of the New York State Attorney General's ("NYOAG") motion to quash and motion to unseal.[1] *See* Dkt. Nos. 1 & 2.

On August 5, 2025, the NYOAG was served with two grand jury subpoenas issued under the authority of a duly empaneled grand jury in Albany, New York in the Northern District of New York. The subpoenas seek production of records and communications related to two civil enforcement cases prosecuted by the Office of the Attorney General: *People of the State of New York v. Donald J. Trump, et al.*, Index No. 452564/2022 and *People of the State of New York v. the National Rifle Association*, Index No. 451625/2020.

On August 20, 2025, the NYOAG filed motions to quash and unseal. The NYOAG's motion to quash is 38 pages and cites to over 60 cases and 80 supporting exhibits comprised of documents, copies social media posts, and other records totaling over approximately 1,400 pages. The NYOAG's motion to unseal is 14 pages and cites to 20 cases and over two dozen news articles. Both motions contain multiple, varied arguments in support of the requested relief.

To properly and fully research and respond to the arguments raised, the government seeks an additional 60 days beyond the current response due date of September 10, 2025.

---

[1] The current government response due date is September 10, 2025.

I have spoken with Ben Hill, Esq., one of the attorneys representing the NYOAG. He has advised that the NYOAG is amenable to an extension of two weeks but is opposed to any additional time. The NYOAG's reasoning in opposing a further extension is contained in the enclosure, which Mr. Hill requested the government attach to this letter request.

Insofar as the NYOAG declined to agree to the government's requested extension because the government would not agree to pause its investigation during the extended period, the NYOAG's motions do not (and could not) seek to enjoin the government's investigation. Although the government intends to vigorously oppose the NYOAG's motions, even if the NYOAG's quash motion is granted the grand jury could issue other subpoenas and the government could take other investigative steps. In short, declining to grant the government's requested extension concerning what the NYOAG argues are important issues of potential constitutional significance would not insulate the NYOAG from investigation or result in that investigation ending more quickly, but it would risk depriving this Court of the benefit of a more fulsomely briefed and internally reviewed response by the government. Further, because the NYOAG has not produced any records nor indicated that it even has started the process of identifying such records, the delay causes it no prejudice associated with the burden of responding.

Thank you for your consideration.

Very truly yours,

JOHN A. SARCONE III
Acting United States Attorney

By: */s/ Richard D. Belliss*
Richard D. Belliss (Bar Roll #515295)
Assistant U.S. Attorney
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 218
Albany, New York 12207
E-mail: richard.belliss@usdoj.gov
Tel: (518) 431-0247

Enclosure

Copy to: Ben Hill, Esq. et al. (via ECF)
(Counsel for Office of the Attorney General)

# Belliss, Richard (USANYN)

| | |
|---|---|
| **From:** | Ben Hill <Ben@Capezzahill.com> |
| **Sent:** | Tuesday, September 2, 2025 2:47 PM |
| **To:** | Belliss, Richard (USANYN) |
| **Cc:** | Estrada, Martin; Brian, Brad; Chen, Hailyn; Degtyareva, Victoria |
| **Subject:** | [EXTERNAL] Re: Sealed case 1:25-mc-19 |

Rick:

You've requested a 60-day extension of your deadline to respond to the Office of the New York State Attorney General's ("OAG") motion to quash grand jury subpoenas and motion to unseal. In our conversation last Friday, I asked you whether the federal government would be willing to pause the investigation underlying the subpoenas if we were to agree to such a lengthy extension. You said very clearly that the investigation would continue to move forward during that period. As our motion to quash clearly demonstrates, the subpoenas were issued in bad faith, with the purpose of harassing and retaliating against OAG; raise significant constitutional questions; and illegally infringe on the State's sovereignty. Given the import of these challenges, the damage caused by the mere existence of these unlawful subpoenas, and the public interest in ensuring that OAG can continue to protect and serve New Yorkers without fear of retribution, OAG simply cannot agree to such a lengthy delay of judicial review of this investigation with no assurance that the bad faith tactics already demonstrated by the Department of Justice will cease during that period. That said, as a professional courtesy, we will agree to a two-week extension of your deadline to respond to both the motion to quash and the motion to unseal, with seven days for our reply papers. If you intend to seek a lengthier extension from the Court, please attach this e-mail to any filing seeking such relief.

-Ben



**Benjamin W. Hill**

*Partner*

ben@capezzahill.com
www.capezzahill.com

o. 518 478 6065   m. 518 879 0023

f. 518 407 5661

30 South Pearl Street, Suite P-110

Albany, New York 12207

1

**From:** Belliss, Richard (USANYN) <Richard.Belliss@usdoj.gov>
**Sent:** Tuesday, September 2, 2025 10:49 AM
**To:** Ben Hill <Ben@Capezzahill.com>
**Subject:** FW: Sealed case 1:25-mc-19

Good Morning Ben,

Just following up on whether the AG's Office consents / opposes the government's planned request of a 60-day extension for its responsive brief due date?

Thanks

Rick