UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO THE OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | Case No.: 1:25-mc-19 (LGS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that I, Hailyn J. Chen, hereby appear as Attorney of Record on behalf of the Office of the New York State Attorney General in the above-entitled case. I certify that I have either completed six credit hours in federal criminal defense continuing education within the past two years or, if not, that I will do so within 30 days from filing this notice of appearance. I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

DATED: September 10, 2025

MUNGER, TOLLES & OLSON LLP

By: _/s/ Hailyn J. Chen_
Hailyn J. Chen
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702
E-mail:  hailyn.chen@mto.com

Admitted *pro hac vice*