**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| **John M. Domurad**<br>Clerk of Court<br><br>**Daniel R. McAllister**<br>Chief Deputy | **James T. Foley, U.S. Courthouse**<br>445 Broadway, Room 509<br>Albany, New York 12207-2936<br>(518) 257-1800 |

September 23, 2025

Brendan J. Lyons
Managing Editor
Times Union
645 Albany-Shaker Road
Albany, NY 12212

Re:  Sealed Matter

Dear Mr. Lyons:

We are in receipt of your letter dated September 18, 2025.  If you wish to move to unseal any cases pending in this District, you must file a formal motion to do so.  Local Rule 7.1, in Section III, of the Local Rules of Practice for NDNY, which can be found on the Court's website, lays out the requirements.  One requirement is that such a motion must be accompanied by a memorandum of law.  You will need to open a Miscellaneous case to file your motion.  Instructions for filing a Miscellaneous case can be found on the court's website at [www.nynd.uscourts.gov](http://www.nynd.uscourts.gov).  Thank you.

Sincerely,

*[signature]*

John M. Domurad
Clerk of Court