MUNGER, TOLLES & OLSON LLP

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

September 30, 2025

Writer's Direct Contact
(213) 683-9548
(213) 593-2848 FAX
hailyn.chen@mto.com

**FILED UNDER SEAL**

The Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *In re Grand Jury Subpoenas to the Office of the New York State Attorney General* (U.S. District Court for the Northern District of New York, Case No. 25-mc-00019), Request for Additional Pages for Movant's Reply Briefs In Support of Motion to Quash and Motion to Unseal

Dear Judge Schofield:

      Movant the Office of the New York State Attorney General ("OAG") respectfully requests permission to file oversized reply briefs in support of its motion to quash (Dkt. 1) and motion to unseal (Dkt. 2), which were filed on August 19, 2025. Specifically, OAG seeks permission to file an omnibus reply/memorandum of law in support of the motion to quash and the motion to unseal of no more than 30 pages, no more than 10,500 words[1], and no more than 30 supporting exhibits.

      Good cause exists for granting OAG permission to file an additional 10 pages of

---

[1] This word count was calculated using the 3,500 word count limit for each reply brief set forth in Rule III(B)(1) of Your Honor's Individual Rules and Procedures for Civil Cases, plus the 350

briefing across the two reply briefs.  The motion to quash and motion to unseal present issues of exceptional national importance and address the extraordinary threat to the interests of the State of New York presented by the grand jury subpoenas at issue.  In addition, in the weeks since OAG filed its motion to quash and motion to unseal on August 19, 2025, numerous events have occurred that further support the arguments that OAG advances in its motions.  The additional pages are needed to allow OAG to respond fully to DOJ's omnibus opposition.

Finally, we would like to clarify OAG's position as previously communicated to counsel for the United States Department of Justice ("DOJ").  Counsel for OAG told counsel for DOJ via email on September 26, 2025, that OAG would not oppose DOJ's request to file an oversized brief not to exceed 50 pages if DOJ agreed that OAG could have 30 pages in reply for both motions, and DOJ agreed.  OAG's position remains the same.  Also, DOJ has indicated that it does not oppose OAG's request to file a total of 30 pages in reply, 15 pages for each reply.  OAG would like to file a single, omnibus reply brief that would address both motions, and requests a total of 30 pages to do that.

We are grateful for the Court's consideration.

Very truly yours,

MUNGER, TOLLES & OLSON LLP

Hailyn J. Chen (admitted pro hac vice)
Brad D. Brian (admitted pro hac vice)
E. Martin Estrada (admitted pro hac vice)
Victoria Degtyareva (admitted pro hac vice)
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Email: hailyn.chen@mto.com
Telephone: (213) 683-9100

Donald B. Verrilli, Jr. (Bar #2147825, reciprocal admission granted)
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001
Email: donald.verrilli@mto.com
Telephone: (202) 220-1100

Applications **GRANTED in part** and **DENIED in part**. DOJ may file an omnibus opposition not to exceed fifty pages and thirty supporting exhibits. OAG may file an omnibus reply not to exceed thirty pages and ten supporting exhibits.  So Ordered.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 34 and 36.

Dated: September 30, 2025
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

words per additional page set forth in SDNY Local Rule 7.1(c).  (3,500 * 2) + (350 *10) = 10,500.

                                                Capezza Hill, LLP
                                                Benjamin W. Hill (Bar Roll #514953)
                                                30 South Pearl Street, Suite P-110
                                                Albany, New York 12207
                                                Email: ben@capezzahill.com
                                                Telephone: (518) 478-6065

cc:  Richard D. Belliss (via ECF)