UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS TO THE OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | Case No.: 1:25-MC-00019-LGS |

**DECLARATION OF HAILYN J. CHEN IN SUPPORT OF THE OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL'S OMNIBUS REPLY BRIEF IN SUPPORT OF ITS (1) MOTION TO QUASH GRAND JURY SUBPOENAS AND <u>(2) MOTION TO UNSEAL MOTION TO QUASH GRAND JURY SUBPOENAS</u>**

## DECLARATION OF HAILYN J. CHEN

I, Hailyn J. Chen, hereby declare:

1.  I am an attorney at the law firm of Munger, Tolles & Olson LLP and one of the counsel of record representing movant, the Office of the New York State Attorney General ("OAG"), in the above-captioned matter. I submit this declaration in support of OAG's reply brief in support of its (1) Motion to Quash Grand Jury Subpoenas and (2) Motion to Unseal its Motion to Quash Grand Jury Subpoenas. I am over the age of 18 and competent to make this declaration. I have personal knowledge of the facts set forth in this declaration, and, if called and sworn as a witness, could and would competently testify to them.

### *Proceedings Related to New York v. Trump*

2.  I have reviewed filings in various proceedings related to OAG's enforcement action against Donald J. Trump and others. In those proceedings, Mr. Trump (then a private citizen) referred the courts to lists of Attorney General Letitia James's public statements. Exhibits 1 through 3 are true, correct, and file-stamped copies of Mr. Trump's filings or excerpts of his filings in those actions containing the lists of statements.

3.  Attached as **Exhibit 1** is an excerpt of a true, correct, and file-stamped copy of the Complaint for Declaratory and Injunctive Relief filed on behalf of Mr. Trump and the Trump Organization on December 20, 2021, in *Trump v. James*, Case No. 1:21-cv-1352 (N.D.N.Y.), Dkt. No. 1.

4.  Attached as **Exhibit 2** is an excerpt of a true, correct, and file-stamped copy of an exhibit titled "Attorney General Letitia James Statements," attached to Alan S. Futerfas's Affirmation in support of Mr. Trump and the Trump Organization's joint motion to quash subpoenas, filed February 1, 2022, in *People of the State of New York v. Trump Organization, Inc.*, No. 451685/2020 (N.Y. Sup. Ct.), Dkt. No. 641.

5. Attached as **Exhibit 3** is a true, correct, and file-stamped copy of the Affirmation of Alina Habba, Esq., filed November 21, 2022, in support of Mr. Trump and the Trump Organization's motion to dismiss OAG's complaint, in *People of the State of New York v. Trump*, No. 452564/2022 (N.Y. Sup. Ct.), Dkt. No. 196.

6. Attached as **Exhibit 4** is the table of contents of a true, correct, and file-stamped copy of the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, filed August 30, 2023, in *People of the State of New York v. Trump*, No. 452564/2022 (N.Y. Sup. Ct.), Dkt. No. 835.

7. Attached as **Exhibit 5** is an excerpt of a true and correct copy a of letter filed on behalf of President Trump and related entities responding to the New York Court of Appeals' question about the jurisdictional basis of the appeals, filed October 1, 2025, in *People of the State of New York v. Trump*, No. APL-2025-00171 (N.Y.).

*News Publications*

8. I have reviewed various news publications relating to the grand jury subpoenas served on OAG and the indictment of Attorney General James. Paragraphs 9 through 19 provide examples of those news publications, each of which I personally reviewed.

9. An article published by *The New York Times* on May 21, 2025, titled "If Justice Dept. Can't Prosecute Trump's Foes, It Will 'Shame' Them, Official Says," is available at: https://www.nytimes.com/2025/05/21/us/politics/trump-justice-department-ed-martin-weaponization.html [https://perma.cc/J7AR-CCAP].[1] The article states that: "In recent days, Ed Martin, the self-described 'captain' of the Justice Department's 'weaponization' group, made a

---

[1] A permalink from permalink.cc is a permanent, shareable link that captures and preserves a specific piece of online content exactly as it appeared at the time it was saved. A permalink ensures that the content remains accessible even if the original webpage changes or is removed.

2

candid if unsurprising admission: He plans to use his authority to expose and discredit those he believes to be guilty, even if he cannot find sufficient evidence to prosecute them."

10. An article published by *ABC News* on September 17, 2025, titled "Trump officials pressuring federal prosecutors to bring criminal charges against NY AG Letitia James: Sources," is available at https://abcnews.go.com/US/trump-officials-pressuring-federal-prosecutors-bring-criminal-charges/story?id=125636577 [https://perma.cc/GW6W-LJQ4].  The article states that "[t]op Trump administration officials are pressuring federal prosecutors in Virginia to bring charges against New York Attorney General Letitia James for mortgage fraud, despite investigators so far failing to find sufficient evidence supporting such charges, according to sources familiar with the investigation."  The article further states that "[Ed] Martin posed for a New York Post photographer outside James' Brooklyn home, wearing a Columbo-style trench coat.  He later posted a photo from his visit on social media."

11. An article published by *The New York Times* on September 19, 2025, titled "U.S. Attorney Investigating Two Trump Foes Departs Amid Pressure From President," is available at https://www.nytimes.com/2025/09/19/us/politics/erik-siebert-comey-letitia-james.html [https://perma.cc/8A79-BP6D].  The article states that "Erik S. Siebert, the U.S. attorney for the Eastern District of Virginia, had recently told senior Justice Department officials that investigators found insufficient evidence to bring charges against Ms. James and had also raised concerns about a potential case against Mr. Comey, according to officials familiar with the situation."

12. An article published by *Rolling Out* on September 19, 2025, titled "Letitia James case stalls over evidence concerns," is available at https://rollingout.com/2025/09/19/letitia-james-case-stalls-over-evidence/ [https://perma.cc/H37P-7RW3].  The article states that "U.S.

3

Attorney Erik Siebert . . . reportedly faces potential dismissal due to his office's inability to develop sufficient evidence for prosecution. Sources indicate that Trump administration officials have expressed intention to replace Siebert with someone who would more aggressively pursue charges against James."

13. An article published by *The Washington Post* on September 20, 2025, titled "Top Virginia prosecutor resigns amid criticism over Letitia James probe," is available at https://www.washingtonpost.com/national-security/2025/09/19/trump-letitia-james-erik-siebert-virginia/ [https://perma.cc/ZS64-L2TY].

14. An article published by *Fox News* on September 20, 2025, titled "Trump hounds Bondi to prosecute adversaries in now-deleted social media post: 'They're all guilty as hell,'" is available at https://www.foxnews.com/politics/trump-pressures-bondi-prosecute-adversaries-now-deleted-social-media-post-theyre-all-guilty-hell [https://perma.cc/EZ9F-D82C]. The article quotes the following statements from two now-deleted Truth Social posts of President Trump:

    a. "Pam: I have reviewed over 30 statements and posts saying that, essentially, 'same old story as last time, all talk, no action. Nothing is being done. What about Comey, Adam "Shifty" Schiff, Leticia??? They're all guilty as hell, but nothing is going to be done.'"

    b. "A Woke RINO, who was never going to do his job. That's why two of the worst Dem Senators PUSHED him so hard. He even lied to the media and said he quit, and that we had no case. No, I fired him, and there is a GREAT CASE, and many la[w]yers, and legal pundits, say so."

    c. "They impeached me twice, and indicted me (5 times!), OVER NOTHING. JUSTICE MUST BE SERVED, NOW!!!"

    d.  "[Pam Bondi] is very careful, very smart, loves our Country, but needs a tough prosecutor in the Eastern District of Virginia, like my recommendation, Lindsey Halligan, to get things moving. What we don't need is a Democrat Endorsed 'Republican.'"

  15.  An article published by *The Hill* on September 22, 2025, titled "Trump ignites pressure campaign on Pam Bondi to target rivals," is available at https://thehill.com/homenews/administration/5516496-trump-calls-for-rival-prosecutions/ [https://perma.cc/W6NY-XECB].  The article states that White House Press Secretary Karoline Leavitt said, "referring specifically to James," that "[t]he president has every right to express how he feels about these people who literally campaigned on trying to put him in jail, who literally tried to ruin his life and ruin his businesses.  He wants to see accountability for those who abuse their office and abuse their power."

  16.  An Associated Press video, published on September 26, 2025, titled "Trump insists Comey indictment is about justice, not revenge, but warns 'there will be others,'" is available at https://newsroom.ap.org/editorial-photos-videos/detail?itemid=0ad90a5910634c32ae5e8a637b2bd251&mediatype=video [https://perma.cc/V2KV-XTEZ].  In this video, which I personally reviewed, starting from seven minutes into the video, President Trump stated that: "It's not a list, but I think there will be others.  I mean, they're corrupt.  These were corrupt radical left Democrats. . . But no, there'll be others."

  17.  An article published by *Politico* on October 9, 2025, titled "Letitia James pursued Trump. Then she was indicted," is available at https://www.politico.com/news/2025/10/09/letitia-james-donald-trump-indicted-00601266 [https://perma.cc/T4VV-GPAJ].  The article states that "[o]nce Trump returned to the presidency, his Department of Justice launched a legal

5

effort against her and in some instances made overt public displays that she was under investigation."

18. An article published by *The New York Times* on October 10, 2025, titled "James Indictment Mirrors Her Civil Case Against Trump in Miniature," is available at https://www.nytimes.com/2025/10/10/nyregion/trump-james-indictment-retribution.html?smid=nytcore-ios-share&referringSource=articleShare [https://perma.cc/V67R-HMVB]. The article states that "career prosecutors in the Norfolk division of the U.S. attorney's office had looked at the evidence against Ms. James and believed it did not merit criminal charges, according to people familiar with the matter who spoke on the condition of anonymity to describe an ongoing case."

19. An article published by *CNN* on October 13, 2025, titled "Exclusive: Senior prosecutor removed as Lindsey Halligan reshapes key US attorney's office," is available at https://www.cnn.com/2025/10/13/politics/federal-prosecutor-maggie-cleary-removed [https://perma.cc/HW8P-BUTF?type=standard]. The article states that "Maggie Cleary—the senior Justice Department prosecutor who briefly led the powerful US attorney's office in the Eastern District of Virginia last month . . . has been removed from the office, according to two people familiar with the matter." The article further states that "Cleary sided with career prosecutors who opposed bringing the Comey case." According to an earlier article published by *Politico* on September 20, 2025, titled "Trump administration taps new US attorney in eastern Virginia amid fallout from Siebert resignation," available at https://www.politico.com/news/2025/09/20/trump-new-virginia-us-attorney-letitia-james-00574349 [https://perma.cc/DM4G-B7QB], a day after Mr. Siebert resigned "amid attacks from the President," U.S. Attorney General Bondi appointed Ms. Cleary to serve as the head prosecutor.

*Press Releases*

20.     I have reviewed press releases issued by OAG concerning various new OAG actions against the federal government or OAG victories in such cases.  Paragraphs 21 through 32 provide examples of those press releases that have been issued since August 15, 2025, each of which I have personally reviewed.

21.     A press release issued by OAG on August 15, 2025, titled "Attorney General James Sues to Stop Federal Cuts That Threaten State Energy Programs," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-sues-stop-federal-cuts-threaten-state-energy-programs [https://perma.cc/KA7H-LH8Q].  The press release describes a lawsuit filed by OAG, suing to block the U.S. Department of Energy from imposing a new funding cap that slashes support for vital state-run energy programs, which could ultimately raise costs for New York households.

22.     A press release issued by OAG on August 18, 2025, titled "Attorney General James Sues U.S. Department of Justice to Protect Services for Survivors of Violent Crime," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-sues-us-department-justice-protect-services-survivors [https://perma.cc/RX92-WDEC].  The press release describes a lawsuit filed by OAG seeking to block the U.S. Department of Justice from illegally conditioning federal funding for crime victims on states' cooperation with federal immigration enforcement efforts.

23.     A press release issued by OAG on August 19, 2025, titled "Attorney General James Takes Action to Stop Inhumane Conditions for Immigrants Detained in New York City," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-takes-action-stop-inhumane-conditions-immigrants-detained [https://perma.cc/DR8Z-DQW9].  The press release

7

describes an *amicus* brief filed by OAG arguing that Immigration and Customs Enforcement has violated the law by holding immigrants at the field office in Manhattan in inhumane conditions.

24. A press release issued by OAG on August 25, 2025, titled "Attorney General James Files Brief Opposing ICE Courthouse Arrests," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-files-brief-opposing-ice-courthouse-arrests [https://perma.cc/BP6Y-BFZ2]. The press release describes an *amicus* brief filed by OAG that urges the court to block new federal policies that authorize widespread arrests in immigration courthouses and allow the federal government to abruptly dismiss immigrants' cases.

25. A press release issued by OAG on August 29, 2025, titled "Attorney General James Stops Dismantling of AmeriCorps Programs," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-stops-dismantling-americorps-programs [https://perma.cc/CZ56-EVH3]. The press release describes OAG's securing of a victory, after the federal government resumed funding for AmeriCorps programs, in response to a lawsuit by OAG.

26. A press release issued by OAG on September 3, 2025, titled "Attorney General James Leads Coalition Opposing Federal ICE Detention Policy," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-leads-coalition-opposing-federal-ice-detention-policy [https://perma.cc/64DS-42N7]. The press release describes an *amicus* brief filed by OAG opposing a new federal policy that mandates indefinite detention of many undocumented immigrants without the opportunity for a bond hearing.

27. A press release issued by OAG on September 4, 2025, titled "Attorney General James Takes Action to Protect Haitian Immigrants," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-takes-action-protect-haitian-immigrants-0

[https://perma.cc/T92K-9MYA].  The press release describes an *amicus* brief filed by OAG, defending the legal status of over 250,000 Haitian immigrants currently living in the United States after fleeing dangerous conditions in their home country.

28. A press release issued by OAG on September 10, 2025, titled "Attorney General James Secures Court Victory Blocking Trump Administration's Attempt to Gut Social Services," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-secures-court-victory-blocking-trump-administrations [https://perma.cc/DHZ5-6HA7].  The press release describes a major court victory obtained by OAG in halting the Trump Administration's unlawful attempt to gut essential health, education, and social service programs for low-income families in 21 states.

29. A press release issued by OAG on September 19, 2025, titled "Attorney General James Wins Court Order Protecting SNAP Recipients' Sensitive Personal Information," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-wins-court-order-protecting-snap-recipients-sensitive [https://perma.cc/3FD8-XZEY].  The press release describes an important victory in a lawsuit brought by OAG seeking to stop the Trump Administration's illegal demand for millions of SNAP recipients' data to use for immigration enforcement.

30. A press release issued by OAG on September 22, 2025, titled "Attorney General James Fights Back Against EPA's Attempts to Deny Climate Change," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-fights-back-against-epas-attempts-deny-climate-change [https://perma.cc/E8WL-4EJQ].  The press release describes OAG's actions opposing the U.S. Environmental Protection Agency's (EPA) unlawful proposal to rescind its landmark 2009 Endangerment Finding on greenhouse gas emissions' threat to public health and welfare.

31. A press release issued by OAG on September 24, 2025, titled "Attorney General James Wins Lawsuit Challenging Immigration Conditions on Federal Emergency Management Funds," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-wins-lawsuit-challenging-immigration-conditions-federal [https://perma.cc/J7J6-MXKG].  The press release describes OAG's winning summary judgment in a lawsuit to stop the federal government from withholding emergency management and disaster relief funding from states refusing to aid federal immigration enforcement.

32. A press release issued by OAG on September 26, 2025, titled "Attorney General James Takes Action to Protect Health Education Programs," is available at https://ag.ny.gov/press-release/2025/attorney-general-james-takes-action-protect-health-education-programs [https://perma.cc/M8V5-3XVJ].  The press release describes a lawsuit filed by OAG against the U.S. Department of Health and Human Services for requiring states to change sexual education programs to erase references to gender identity and transgender status.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of October, 2025, at New York, New York.

_____
Hailyn J. Chen