UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| IN RE GRAND JURY SUBPOENAS TO THE OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL | Case No.: 1:25-MC-00019-LGS |
|---|---|

**DECLARATION OF NOELLE SMITH IN SUPPORT OF THE OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL'S OMNIBUS REPLY BRIEF IN SUPPORT OF ITS (1) MOTION TO QUASH GRAND JURY SUBPOENAS AND <u>(2) MOTION TO UNSEAL MOTION TO QUASH GRAND JURY SUBPOENAS</u>**

# DECLARATION OF NOELLE SMITH

I, Noelle Smith, hereby declare:

1. I am over the age of 18 and competent to make this declaration. The facts stated in this declaration are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to them.

2. I am a Matter Support Analyst at the law firm of Munger, Tolles & Olson LLP. In my role as a Matter Support Analyst, I am responsible for, among other things, understanding and using available software tools to create records of webpages and other information and data available on the Internet.

3. Page Vault is a web capture software that captures webpages, video content, and social media posts exactly as they appear in a browser, along with key metadata in a footer on every page of output. I received training from Page Vault about how to use its software.

4. I used Page Vault to capture Exhibits 1 through 5 attached to this declaration. Each Page Vault capture is a true and correct depiction of the content as it appeared at the time that I captured it. Except for Exhibit 5, which is a video file, each exhibit includes a Page Vault cover sheet that shows the date and time I captured the content.

5. Attached hereto as **Exhibit 1** is an October 4, 2025, Truth Social post from @realDonaldTrump.

6. Attached hereto as **Exhibit 2** is an October 9, 2025, X post from @EagleEdMartin.

7. Attached hereto as **Exhibit 3** is an October 9, 2025, X post from @AlinaHabba.

8. Attached hereto as **Exhibit 4** is an October 10, 2025, Truth Social post from @realDonaldTrump.

9. Attached hereto as **Exhibit 5** is an excerpt of the video posted in the October 10, 2025, Truth Social post from @realDonaldTrump (Exhibit 4).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of October, 2025, at Los Angeles, California.

*Noelle Smith*
_____
Noelle Smith