# EXHIBIT 4



| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/115350566452674300 |
| Captured site IP: | 194.39.69.87 |
| Page loaded at (UTC): | Mon, 13 Oct 2025 20:57:45 GMT |
| Capture timestamp (UTC): | Mon, 13 Oct 2025 20:57:46 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.224.38.18 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| Capture ID: | mLEz6VYKjVmyXQ5kSXcDSB |

PDF REFERENCE #:     kKSX9wJ1Ht9ziFzwYziuwr




Document title: Truth Details | Truth Social
Capture URL: https://truthsocial.com/@realDonaldTrump/posts/115350566452674300
Capture timestamp (UTC): Mon, 13 Oct 2025 20:57:46 GMT