# EXHIBIT 5



Document Produced in Native Format