# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.
*Partner*

**FILED**

**Oct 15 - 2025**

John M. Domurad, Clerk

October 15, 2025

**VIA MFT PORTAL AND E-MAIL**

The Honorable Lorna G. Schofield
United States District Court
40 Foley Square
New York, NY 10007

Re:    *In Re: Grand Jury Subpoenas to the Office of the New York State Attorney General*, No. 1:25-MC-00019-LGS

Dear Judge Schofield:

The Office of the New York State Attorney General ("OAG") respectfully requests oral argument on OAG's Motion to Quash Grand Jury Subpoenas ("Motion"), Dkt. No. 1, pursuant to the Court's Individual Rule of Practice III.B.6.

OAG submits that oral argument would aid the Court in its consideration of the Motion, which raises serious issues related to abuse of the grand jury process by the President of the United States, federalism and state sovereignty, infringement of Constitutionally-protected petitioning rights, and the authority of an improperly-appointed "Acting United States Attorney." The factual record presented by the parties is voluminous and complex, given the numerous judicial proceedings relating to the OAG enforcement actions at issue in the subpoenas. Moreover, the facts are continuing to evolve day by day, as evidenced by the new developments that occurred between the filing of OAG's Motion and its reply. Oral argument would enable the Court to ask questions and to probe legal arguments and factual issues that may need clarification or further explanation.

For these reasons, OAG respectfully requests that the Court schedule oral argument on OAG's Motion. OAG is prepared to proceed on any date convenient to the Court.

Respectfully submitted,

CAPEZZA HILL, LLP

Benjamin W. Hill (Bar Roll #514953)

# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Benjamin W. Hill, Esq.

*Partner*

OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL
**Kumiki Gibson***
(New York Bar #2261063)
**Michael Jaffe***
(New York Bar #5357330)

MUNGER, TOLLES & OLSON LLP
Donald B. Verrilli, Jr. (Bar Roll # 105107)
**Brad D. Brian***
**Hailyn J. Chen***
**E. Martin Estrada***
**Victoria A. Degtyareva***

*\*Admitted pro hac vice*

*Attorneys for the Office of the New York State
Attorney General*

Cc: Richard D. Belliss
    Assistant U.S. Attorney
    Northern District of New York
    (Via e-mail)