

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF NEW YORK

**John M. Domurad**
Clerk of Court

**Daniel R. McAllister**
Chief Deputy

James T. Foley, U.S. Courthouse
445 Broadway, Room 509
Albany, New York 12207-2936
(518) 257-1800

October 23, 2025

David E. McCraw
Senior Vice President &
 Deputy General Counsel
620 8th Avenue
New York, NY 10018

Re:   Sealed Matter

Dear Mr. McCraw:

We are in receipt of your letter dated October 20, 2025. If you wish to move to unseal any cases pending in this District, you must file a formal motion to do so. Local Rule 7.1, in Section III, of the Local Rules of Practice for NDNY, which can be found on the Court's website, lays out the requirements. One requirement is that such a motion must be accompanied by a memorandum of law. You will need to open a Miscellaneous case to file your motion. Instructions for filing a Miscellaneous case can be found on the court's website at www.nynd.uscourts.gov. Thank you.

Sincerely,

John M. Domurad
Clerk of Court