UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                            :

IN RE GRAND JURY SUBPOENAS TO THE   :   25 Misc. 19 (LGS)
OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL                               :   **ORDER**

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge, sitting by designation:

WHEREAS, on October 15, 2025, NYOAG's motion to quash was fully briefed.

WHEREAS, that day, NYOAG filed a letter motion requesting oral argument on the motion to quash. It is hereby

**ORDERED** that NYOAG's request for oral argument is **GRANTED**. Oral argument will be held at **11 am on December 4, 2025**. The argument will occur in Courtroom 1 at the James T. Foley Courthouse, 445 Broadway, Albany, NY.

The Clerk of Court is respectfully requested to close the motion at Dkt. No. 40.

Dated: November 19, 2025
         New York, New York

                                                                 LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE