UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                          :

IN RE GRAND JURY SUBPOENAS TO THE    :        25 Misc. 19 (LGS)
OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL                                 :              **ORDER**

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge, sitting by designation:

      WHEREAS, the Order dated November 19, 2025, set Oral Argument for **December 4, 2025**. It is hereby

      **ORDERED** that the Oral Argument will be limited to the issue of whether Mr. Sarcone's allegedly improper appointment as Acting U.S. Attorney invalidates the subpoenas.

Dated: November 20, 2025
           New York, New York

                                                                LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE