IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
IN RE GRAND JURY SUBPOENAS TO        :    25 Misc. 19 (LGS)
THE OFFICE OF THE NEW YORK STATE  :
ATTORNEY GENERAL                           :
:
:
:
-----------------------------------------------------------X

      The United States hereby appeals the Opinion and Order of the District Court entered on January 8, 2026 [Docket Entry 50] in this matter. The Opinion and Order is immediately appealable pursuant to 18 U.S.C. §3731. *See, e.g., Matter of Grand Jury Empanelled*, 597 F.2d 851, 857 (3d Cir. 1979). The Opinion and Order also is immediately appealable pursuant to 28 U.S.C. §1291 under the collateral order doctrine. *See, e.g., United States v. Giraud*, 160 F.4th 390, 396 (3d Cir. 2025).

                                                 TODD BLANCHE
                                                 U.S. Deputy Attorney General

                                                 HENRY C. WHITAKER
                                                 Counselor to the Attorney General

                                                 */s/ Richard D. Belliss*
                                                 Richard D. Belliss
                                                 Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
IN RE GRAND JURY SUBPOENAS TO           :   25 Misc. 19 (LGS)
THE OFFICE OF THE NEW YORK STATE        :
ATTORNEY GENERAL                        :
:
:
:
---------------------------------------------------------------X

## CERTIFICATION

Pursuant to 18 U.S.C. § 3731, I hereby certify that the Government's appeal of the Opinion and Order of the district court dated January 8, 2026, granting the motion of the Office of the New York State Attorney General to quash grand jury subpoenas *duces tecum,* is not taken for purposes of delay, and that the documents and records sought by those subpoenas are material to the pending grand jury investigation.

Dated:      January 23, 2026

Respectfully submitted,

*/s/ Todd Blanche*
TODD BLANCHE
U.S. Deputy Attorney General