

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

445 Broadway, Room 218
James T. Foley U.S. Courthouse
Albany, New York 12207-2924

Tel.: (518) 431-0247
Fax: (518) 431-0249

January 23, 2026

Hon. Lorna G. Schofield
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   In Re Grand Jury Subpoenas to the Office of the New York State Attorney General, 25 Misc. 19 (LGS) (N.D.N.Y.)

Dear Judge Schofield:

    The government respectfully requests that this Court set an expedited schedule for the response by the Office of the New York State Attorney General ("NYOAG") to the government's motion for a stay pending appeal of this Court's Opinion and Order issued January 8, 2026. ECF No. 50; *see* N.D.N.Y. Local Rule 7.1. (requiring response to motion within 21 days unless otherwise ordered by the Court). The government's stay motion was filed today, along with a notice of appeal and certification by the Deputy Attorney General under 18 U.S.C. §3731. ECF Nos. 51-52. The government will not seek leave to file a reply in further support of the stay motion and does not request oral argument.

    Expedited briefing and consideration of the government's stay motion is appropriate in this case given the serious separation of powers concerns raised by the Opinion and Order. *See* Gov't Motion for Stay, ECF No. 52, at 12-13 (discussing irreparable harm factor under *Nken v. Holder*, 556 U.S. 418 (2009)).

    Thank you for your consideration.

Letter to Judge Schofield
In Re Grand Jury Subpoenas
25 Misc. 19 (LGS)
January 23, 2026
Page 2

                              Sincerely,

                              */s/ Richard D. Belliss*

                              Richard D. Belliss
                              Assistant United States Attorney
                              Bar Roll No.: 515295
                              Northern District of New York
                              James T. Foley U.S. Courthouse
                              445 Broadway, Room 218
                              Albany, New York 12207
                              E-mail: richard.belliss@usdoj.gov
                              Tel: (518) 431-0247