

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

    Please take notice that on January 08, 2026 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

    I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, and maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

    The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No's:  4,5,6,7,12,13, and 38

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Syracuse, New York, this 23rd day of January, 2026.

*Clerk of Court*

By:    Matthew Gerace
        Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | In Re Grand Jury Subpoenas to the Office of the New York State Attorney General v. United States of America    1:25-mc-19 |
| Docket No. of Appeal: | #51 |
| Document Appealed: | Opinion and Order Granting Government's Motion to Quash |

Fee Status:    Waived  X

Counsel:    Retained  X

Time Status:    Timely  X

Certificate of Appealability:    N/A  X

**Clerk Notes:** Fee waived due to motion being initially filed by United States Government.