

*United States Department of Justice*

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

January 24, 2026

Hon. Lorna G. Schofield
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    In Re Grand Jury Subpoenas to the Office of the New York State Attorney General, 25 Misc. 19 (LGS) (N.D.N.Y.)

Dear Judge Schofield:

    On Friday, January 23, 2026, the government filed a memorandum of law in support of its motion for a stay pending appeal. ECF No. 52. The government requests permission to file a corrected memorandum, in which the following typographical errors are corrected:

Table of Contents: "A Stay Would Serve the Public Interest..........15" →

        "A Stay Would Serve the Public Interest.........14"

Pg. 7: "proceedings…including Grand Jury" → "proceedings ... including Grand Jury"

Pg. 8 "Raymond Ellison" → "Ryan Ellison"

Pg. 8: "*Id.* at 19." → "*Id.* at 19."

Pg. 9 fn. 6: "Garcia Stay Order" → "*Garcia* Stay Order"

Pg. 10: "on defendant's" → "on the recipient's"

    Thank you for your consideration.

Application **GRANTED**.  The Government may file a corrected memorandum correcting the listed typographical errors.

Dated: January 26, 2026
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Letter to Judge Schofield
*In Re Grand Jury Subpoenas*
25 Misc. 19 (LGS)
January 24, 2026
Page 2

        Sincerely,

        /s/ *Richard Belliss*
        Richard D. Belliss (Bar Roll #515295)
        Assistant United States Attorney
        Northern District of New York
        James T. Foley U.S. Courthouse
        445 Broadway, Room 218
        Albany, New York 12207
        E-mail: richard.belliss@usdoj.gov
        Tel: (518) 431-0247