UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

IN RE GRAND JURY SUBPOENAS
TO THE OFFICE OF THE                           CASE NO.  1:25-mc-19 (LGS)
NEW YORK STATE
ATTORNEY GENERAL
.

REQUEST FOR TRANSCRIPT

TO:   Jacquelyn B. Gecewicz
      Court Reporter /Transcriber.

Notice is hereby given for an **expedited** request for an official transcript[1] of the Oral Argument held on December 4, 2025 before Hon. Lorna G. Schofield in Albany, New York.

s/ *Richard D. Belliss*
AUSA Name: Richard D. Belliss
Bar Roll # 515295
U.S. Attorney's Office, N.D.N.Y.

---

[1] Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction.